BECKER, Respondent, v. FERRIER, Appellant.

No. 8924; November 28, 1883.

**Pleading—Demurrer Sustained—Refusal to Amend.—A** dismissal of the cross-complaint rightly follows a defendant standing on his answer and declining to amend after a demurrer to the latter has been sustained.

APPEAL from Superior Court, Santa Barbara County.

B. F. Thomas for respondent; Hall & Requa for appellant.

By the COURT.—The court below rightly sustained the demurrer to the cross-complaint filed by Catherine Ferrier, and the cross-complainant having failed to amend her pleading within the time allowed by the court, but instead having in open court declared her intention to stand upon the pleading as originally filed, the court properly entered an order dismissing it: King v. Montgomery, 50 Cal. 116.

Judgment affirmed.